**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **DIANE RIVERA,** | ) CASE NO. 5:16 CV 105 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| vs. | ) <u>OPINION AND ORDER</u> |
| | ) |
| **CAROLYN W. COLVIN, Acting Comm'r** | ) |
| **of Social Security,** | ) |
| | ) |
| Defendant. | ) |

This Social Security case is before the Court on the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg. (Doc #: 17 ("R & R").) The Magistrate Judge recommends that the Commissioner's final decision denying DIB and SSI be vacated and the matter remanded for further proceedings consistent with the R & R. (Id.) The Commissioner has filed a response to the R & R stating, "Defendant, Commissioner of the Social Security Administration, will not be filing objections to this Honorable Court's Report and Recommended Decision." (Doc #: 18.) The Court has reviewed the thorough, comprehensive 33-page R & R and agrees with Magistrate Judge Greenberg's findings and recommendation.

Accordingly, the Court hereby **VACATES** the Commissioner's final decision denying Rivera's application for DIB and SSI and **REMANDS** the case for further proceedings consistent with the R & R.

**IT IS SO ORDERED.**

<u> /s/ Dan A. Polster     November 17, 2016 </u>
**Dan Aaron Polster**
**United States District Judge**